Butler *v.* Holtzeman *et al.*

---

## BUTLER *v.* HOLTZEMAN ET AL.

From the Monroe Circuit Court.

*J. H. Louden* and *J. H. Rogers*, for appellant.

PETTIT, J.—This suit was brought by the appellees against the appellant and ten others. Judgment was rendered against all of the defendants; one only has appealed and assigned errors, without taking any steps under sec. 551, 2 G. & H. 270; and under the uniform ruling of this court the appeal must be dismissed.

The appeal is dismissed, at the costs of the appellant.

BUSKIRK, J., being related to one of the appellees, was absent.